```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 15126
   SHANTAILE SMITH
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-1043
```

---
                TRUSTEE'S FINAL REPORT AND ACCOUNT
---

The case was filed on 06/12/2008 and was confirmed 08/20/2008.

The plan was confirmed to pay secured creditors 100% and unsecured creditors 100.00%.

The case was dismissed after confirmation 03/05/2009.

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| NATIONSTAR MORTGAGE LLC | CURRENT MORTG | .00 | .00 | .00 |
| NATIONSTAR MORTGAGE LLC | MORTGAGE ARRE | 16071.08 | .00 | .00 |
| NATIONSTAR MTG | MORTGAGE NOTI | NOT FILED | .00 | .00 |
| GMAC | SECURED VEHIC | .00 | .00 | .00 |
| AMERICREDIT FINANCIAL SV | UNSECURED | 6110.27 | .00 | .00 |
| CAVALRY PORTFOLIO SERVIC | UNSECURED | 538.98 | .00 | .00 |
| BUREAU OF COLLECTION REC | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 810.17 | .00 | .00 |
| CAPITAL ONE | UNSECURED | NOT FILED | .00 | .00 |
| CHASE | UNSECURED | NOT FILED | .00 | .00 |
| CITICORP | UNSECURED | NOT FILED | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | NOT FILED | .00 | .00 |
| GREGORY EMERGENCY PHYSIC | UNSECURED | NOT FILED | .00 | .00 |
| MERRICK BANK | UNSECURED | 325.67 | .00 | .00 |
| MONITRONICS FUNDING | UNSECURED | NOT FILED | .00 | .00 |
| ASSET ACCEPTANCE | UNSECURED | 2411.32 | .00 | .00 |
| ST FRANCIS | UNSECURED | NOT FILED | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | .00 | .00 | .00 |
| WASHINGTON MUTUAL CARD S | UNSECURED | NOT FILED | .00 | .00 |
| DONALD SMITH | NOTICE ONLY | NOT FILED | .00 | .00 |
| DONALD SMITH | NOTICE ONLY | NOT FILED | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | .00 | .00 | .00 |
| AMERICREDIT FINANCIAL SV | NOTICE ONLY | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | .00 | .00 | .00 |
| NATIONSTAR MORTGAGE | MORTGAGE NOTI | NOT FILED | .00 | .00 |
| MELVIN J KAPLAN | DEBTOR ATTY | 3,424.00 | | 2,665.64 |
| TOM VAUGHN | TRUSTEE | | | 221.36 |
| DEBTOR REFUND | REFUND | | | .00 |

Summary of Receipts and Disbursements:
---
                              RECEIPTS          DISBURSEMENTS

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 15126 SHANTAILE SMITH

```
--------------------------------------------------------------------------------
TRUSTEE                                         2,887.00

PRIORITY                                                                .00
SECURED                                                                 .00
UNSECURED                                                               .00
ADMINISTRATIVE                                                     2,665.64
TRUSTEE COMPENSATION                                                 221.36
DEBTOR REFUND                                                           .00
                                                ---------------   ---------------
TOTALS                                          2,887.00          2,887.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 03/26/09                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE











                            PAGE   2
         CASE NO. 08 B 15126 SHANTAILE SMITH